

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00144-CV

Subsea 7 Port Isabel, LLC
v.
Port Isabel Logistical Offshore Terminal, Inc.

On appeal from the
107th District Court of Cameron County, Texas
Trial Cause No. 2014-DCL-04383

## JUDGMENT

This Court's judgment issued on June 20, 2019, is hereby withdrawn and the following is substituted therefor.

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed in part, and the case should be remanded to the trial court. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED IN PART, and the case REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

December 19, 2019